**Electronically Filed
Supreme Court
SCWC-11-0000325
07-NOV-2012
02:39 PM**

NO. SCWC-11-0000325

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ROCKY R. GILDING, Respondent/Plaintiff-Appellee-Cross-Appellant,

vs.

STATE OF HAWAI'I, Petitioner/Defendant-Appellant-Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-11-0000325; CIV. NO. 08-1-1852)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant-Cross-Appellee's

application for writ of certiorari, filed on September 25, 2012,

is hereby rejected.

DATED:  Honolulu, Hawai'i, November 7, 2012.

| | |
|---|---|
| Marie Manuele Gavigan and Caron M. Inagaki for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Eric A. Seitz, Della Au Belatti, and Ronald N.W. Kim for respondents | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

